**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| United States of America, *ex rel.* James Brasher IV, <br><br> Plaintiff, <br><br> v. <br><br> Empire Corporation of Tennessee and Pinnacle Property Management Services LLC d/b/a Pinnacle Living, <br><br> Defendants. | Civ. No.: 7:17-cv-02397-DCC |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The case be unsealed; however, all contents of the Court's file except for the [1] Complaint, this Order, and the [19] Government's Notice of Election to Decline Intervention shall remain sealed;

2. Relator shall serve the Complaint on the Defendants. After service of the Complaint, Relator shall serve this Order and the Government's Notice of Election to Decline Intervention on the Defendants;

3. All other matters occurring in this action after the date of this Order be publicly available, as the case will be unsealed;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. The parties shall serve all notices of appeal upon the United States;

    6. All orders of this Court shall be sent to the United States; and that

    7. Should the Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

                                                      s/Donald C. Coggins, Jr.
                                                      Donald C. Coggins, Jr.
                                                      United States District Judge

November 15, 2018
Spartanburg, South Carolina