**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| United States of America, *ex rel.* James Brasher IV, | ) | Civ. No.: 7:17-cv-02397-DCC |
| Plaintiff, | ) | |
| v. | ) | |
| Empire Corporation of Tennessee and Pinnacle Property Management Services LLC d/b/a Pinnacle Living | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

This matter was filed under the qui tam provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, by James Brashier on behalf of the United States against Empire Corporation of Tennessee and Pinnacle Property Management Services, LLC.

Plaintiff, United States of America, voluntarily dismisses this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Such dismissal is appropriate because Defendant has not been served nor made an appearance in this action. Although the United States is the Real Party in interest in this matter, it has conferred with counsel for the Relator; Relator consents to and joins in this dismissal. Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this dismissal is without prejudice.

[signature page follows]

**FOR THE UNITED STATES**

Respectfully submitted,

SHERRI A. LYDON
United States Attorney
District of South Carolina

s/Robert M. Sneed
ROBERT SNEED (#07437)
Assistant United States Attorney
55 Beattie Pl., Suite 700
Greenville, SC 29601
Telephone (864) 282-2143

December 12, 2018

**FOR RELATOR**

On Behalf of Relator, I consent and join in this dismissal:

s/Patrick E. Knie
PATRICK E. KNIE
Attorney for the Relator
PATRICK E. KNIE LAW OFFICES
250 Magnolia St
Spartanburg, SC 29306
Tel: (864) 582-5118
Fax: (864)585-1615
pknie@knielaw.com

Andrew E. Brashier
Attorneys for the Relator
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

December 12, 2018